# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FREDERICK D. BUNTIN,

    Plaintiff,

v.                                             CASE NO. 4:07cv121-RH/WCS

WARDEN, RECEPTION
MEDICAL CENTER,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 8), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is DISMISSED without prejudice for failure to abide by an order of the court and failure to prosecute. The clerk shall enter judgment

dismissing this action without prejudice and shall close the file.

     SO ORDERED this 11th day of July, 2007.

                                        <u>s/Robert L. Hinkle</u>
                                        Chief United States District Judge